No. 87–5633. MOTTON v. UNION PLANTERS NATIONAL BANK. Ct. App. Tenn. Certiorari denied.

No. 87–5637. CHAREST v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 87–5639. STRICKLAND v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 87–5640. McGLORY v. YOKA ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–5642. JOHNSON ET AL. v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 87–5643. WILSON v. MORGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5645. ROSENFELD v. DUNHAM, SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 87–5649. ZINK v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–5663. KENYATTA v. MUNCY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5682. MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–5684. VARGAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–5685. BROWN v. EVANS ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–5694. WELLMAN v. REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY. C. A. 6th Cir. Certiorari denied.

No. 87–5696. JOHNSTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–5704. WALTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5705. PATTEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.